**Tyrone WALLACE, Plaintiff–Appellant,**

v.

**Richard TULL, Correctional Officer, Defendant–Appellee.**

**No. 11–55872.**

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 19, 2012.*

Filed Jan. 3, 2013.

Tyrone Wallace, San Diego, CA, pro se.

Susan Eileen Coleman, Esquire, Senior Litigation, Mitchell Aaron Wrosch, Burke, Williams & Sorensen, LLP, Los Angeles, CA, for Defendant–Appellee.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: GOODWIN, WALLACE, and FISHER, Circuit Judges.

MEMORANDUM **

California state prisoner Tyrone Wallace appeals pro se from the district court's summary judgment in his 42 U.S.C. § 1983 action alleging excessive force under the Eighth Amendment. We have jurisdiction under 28 U.S.C. § 1291. We review de novo. *Jones v. Blanas,* 393 F.3d 918, 926 (9th Cir.2004). We affirm.

The district court properly granted summary judgment because Wallace failed to raise a genuine dispute of material fact as to whether the force was not applied in a good faith effort to restore prison discipline. *See Whitley v. Albers,* 475 U.S. 312, 319, 106 S.Ct. 1078, 89 L.Ed.2d 251 (1986); *see also Karam v. City of Burbank,* 352 F.3d 1188, 1194 (9th Cir.2003) (speculation as to defendant's improper motive does not rise to the level of evidence sufficient to state a triable issue of fact).

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.